**Dismissed and Memorandum Opinion filed June 21, 2012.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-12-00413-CV

**JOE AND ABE ENTERPRISES, LLC, Appellant**

**V.**

**ENCORE BANK, N.A., Appellee**

**On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2010-63471**

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed January 11, 2012. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On May 18, 2012, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Seymore and Brown.